IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Civil Action No. 10-cv-02651 KHV/JPO

KAREN WALKER,

        Plaintiff,

v.

MONARCH RECOVERY MANAGEMENT, INC.,

        Defendant.

## PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68

To:   MONARCH RECOVERY MANAGEMENT, INC.
       c/o Tracy M. Hayes
       SANDERS WARREN & RUSSELL LLP
       9401 Indian Creek Parkway, Suite 1250
       40 Corporate Woods
       Overland Park, KS 66210

     You are hereby notified that the Plaintiff, Karen Walker, by counsel, accepts Defendant's Offer of Judgment pursuant to FED.R.CIV.P. 68 served upon the Plaintiff by the Defendant, Monarch Recovery Management, Inc. and attached as Exhibit 1.

                                Respectfully submitted,
                                Karen Walker
                                By Counsel,

                                /s/J. Mark Meinhardt
                                J. Mark Meinhardt, #20245
                                4707 College Blvd. Ste. 100
                                Leawood, KS 66211
                                Telephone:  (913) 451-2113
                                Facsimile:   (913) 451-6163
                                MeinhardtLaw@sbcglobal.net
                                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2011, I electronically filed the foregoing PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Tracy M. Hayes  
t.hayes@swrllp.com

John E. Bordeau  
j.bordeau@swrllp.com

I hereby certify that on February 25, 2011, a copy of the PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68 along with the Defendant's Offer of Judgment attached as Exhibit 1 was faxed to (913) 234-6199 and mailed via first class United States Mail, postage prepaid, to the following interested parties:

MONARCH RECOVERY MANAGEMENT, INC.  
c/o Tracy M. Hayes  
SANDERS WARREN & RUSSELL LLP  
9401 Indian Creek Parkway, Suite 1250  
40 Corporate Woods  
Overland Park, KS 66210

/s/Sherri S. Fisher  
Sherri S. Fisher  
Paralegal to J. Mark Meinhardt