# UNITED STATES DISTRICT COURT

# DISTRICT OF KANSAS

## JUDGMENT IN A CIVIL CASE

**KAREN WALKER**

v.  **CIVIL NO.**
 **10-2651-KHV**
**MONARCH RECOVERY MANAGEMENT, INC.**


**IT IS ORDERED AND ADJUDGED** that pursuant to <u>Plaintiff's Notice of Acceptance of Defendant's Rule 68 Offer of Judgment</u> (Doc. #10), plaintiff Karen Walker to recover of defendant Monarch Recovery Management, Inc., the sum of One Thousand Five Hundred Dollars ($1,500.00), with interest thereon at the rate of .27% as provided by law.


**Dated:  March 2, 2011**                **TIMOTHY M. O'BRIEN, CLERK**


                                                   **s/ Linda South**
                                                   **Linda South, Deputy Clerk**