UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

AMENDED JUDGMENT IN A CIVIL CASE

KAREN WALKER

v.  CIVIL NO.
 10-2651-KHV

MONARCH RECOVERY MANAGEMENT, INC.

  IT IS ORDERED AND ADJUDGED that pursuant to Plaintiff's Notice of Acceptance of Defendant's Rule 68 Offer of Judgment (Doc. #10), plaintiff Karen Walker to recover of defendant Monarch Recovery Management, Inc., the sum of One Thousand Five Hundred Dollars ($1,500.00), with interest thereon at the rate of .27% as provided by law.

  IT IS FURTHER ORDERED AND ADJUDGED that pursuant to the Order (Doc. #15) entered April 2, 2011, that plaintiff Karen Walker is awarded of defendant Monarch Recovery Management, Inc., attorney's fees of $3,275.00 and costs of $355.71.

Dated:  April 1, 2011  TIMOTHY M. O'BRIEN, CLERK

  s/ Linda South
  Linda South, Deputy Clerk