# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **KAREN WALKER,**<br><br>　　　　**Plaintiff,**<br>**v.**<br><br>**MONARCH RECOVERY MANAGEMENT, INC.,**<br><br>　　　　**Defendant.** | **CIVIL ACTION NO.: 10-2651-KHV**<br><br><br><br>**SATISFACTION OF JUDGMENT** |

## SATISFACTION OF JUDGMENT

**COMES NOW**, Plaintiff Karen Walker, by and through counsel, J. Mark Meinhardt, and gives notice that Judgment in the amount of $5,130.71 has been received from Defendant Monarch Recovery Management, Inc. in the above referenced action and thereby judgment in this matter is satisfied in full.

　　　　　　　　　　　　　　　　　　Respectfully submitted:
　　　　　　　　　　　　　　　　　　Karen Walker
　　　　　　　　　　　　　　　　　　By Counsel,

　　　　　　　　　　　　　　　　　　/s/ J. Mark Meinhardt
　　　　　　　　　　　　　　　　　　J. Mark Meinhardt #20245
　　　　　　　　　　　　　　　　　　4707 College Blvd. #100
　　　　　　　　　　　　　　　　　　Leawood, KS  66211
　　　　　　　　　　　　　　　　　　meinhardtlaw@sbcglobal.net
　　　　　　　　　　　　　　　　　　913-451-9797
　　　　　　　　　　　　　　　　　　ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2011, I electronically filed the foregoing SATISFACTION OF JUDGMENT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

| | |
|---|---|
| John E. Bordeau | Tracy M. Hayes |
| J.Bordeau@swrllp.com | T.Hayes@swrllp.com |

/s/Sherri S. Fisher
Sherri S. Fisher
Paralegal to J. Mark Meinhardt